1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  STEPHEN BETZ, Bar #234510
   Staff Attorney
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,        )   NO. 6:06mj 218 WMW
13                                  )
             Plaintiff,             )   WAIVER OF DEFENDANT'S PERSONAL
14                                  )   PRESENCES; [PROPOSED ORDER]
        v.                          )
15                                  )
   Stephen Gifford                  )
16                                  )   Judge: Hon. William M. Wunderlich
             Defendant.             )
17                                  )
                                    )
18

19      Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives his/her right to be personally

20  present in open court upon the hearing of any proceeding in this case, including, but not limited to status

21  conferences, motions hearings, change of plea, trial, and/or sentencing.

22      Defendant hereby requests that this Court proceed in his/her absence on every occasion that the

23  Court may permit, pursuant to this waiver. He/she agrees that his interests shall be represented at all times

24  by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California,

25  the same as if Defendant were personally present.

26

27

28

Dated: 11-21-06

_____
DEFENDANT

_____
STEPHEN BETZ
STAFF ATTORNEY
ATTORNEY FOR DEFENDANT

# ORDER

**GOOD CAUSE APPEARING**, it is hereby ordered that Defendant's appearance may be waived until further order.

DATED: 11-28-06

_____
WILLIAM M. WUNDERLICH
United States Magistrate Judge
Eastern District of California

Waiver of Personal Presences Pursuant to Rule 43  -2-